488 A.2d 181

**In the Matter of the Reinstatement To the Maryland Bar of Richard L. SUGARMAN.**

**Misc. Docket (Subtitle BV) No. 18, Sept. Term, 1983.**

Court of Appeals of Maryland.

Feb. 22, 1985.

James N. Phillips, and John W. Sloan, Baltimore, for petitioner.

Melvin Hirshman, Annapolis, Bar Counsel for the Atty. Grievance Com'n of Md., for respondent.

Argued before MURPHY, C.J., SMITH, ELDRIDGE, COLE and RODOWSKY, JJ., and CHARLES E. ORTH, Jr., Associate Judge of the Court of Appeals (retired), Specially Assigned, and WILLIAM H. ADKINS II, Associate Judge of the Court of Special Appeals, Specially Assigned.

## ORDER

MURPHY, Chief Judge.

The Court having disbarred the petitioner, Richard L. Sugarman on December 9, 1974, 273 Md. 306, 329 A.2d 1; and

Richard L. Sugarman having filed a petition for reinstatement to the Bar of Maryland and the petition having been referred to Bar Counsel to conduct appropriate investigation under Md. Rule BV 14 d 2; and

The Inquiry Panel having conducted an evidentiary hearing and recommended that the petitioner be reinstated to the practice of law with the suggestion that the Court require the petitioner to enroll in some current continuing legal education courses so as to refresh him in fields other than real estate and to update his qualifications; and

The Review Board having concurred in the recommendations of the Inquiry Panel; and

The Court having conducted a hearing upon the petition for reinstatement and having reviewed the evidence adduced before the Inquiry Panel, and having considered the recommendations of the Inquiry Panel and the Review Board and the principles governing reinstatement to the Bar as set forth in *Matter of Cory*, 300 Md. 177, 477 A.2d 273 (1984); *In re Barton*, 291 Md. 61, 432 A.2d 1335 (1981); *In re Braverman*, 271 Md. 196, 316 A.2d 246 (1974); and

The Court having concluded that the petition for reinstatement should be granted, it is this 22nd day of February, 1985,

ORDERED, by the Court of Appeals of Maryland, that the petition for reinstatement be, and it is hereby, granted, and petitioner shall be reinstated as a member of the Bar of Maryland upon taking in open court and subscribing to the oath of attorneys required by Maryland Code (1957, 1981 Repl.Vol.), Art. 10, § 10; and it is further

ORDERED that the petitioner shall pay the costs of these proceedings prior to reinstatement.